PETER W. GALLAUDET et al., Appellants, *v.* CHARLES KELLOGG et al., Respondents.

(Argued April 29, 1892; decided June 7, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 16, 1891, which overruled plaintiffs' exceptions and ordered a judgment in favor of defendants on a verdict directed by the court.

*C. Elliott Minor* for appellants.

*Joseph H. Choate* for respondents.

Agree to affirm on opinion of General Term.

All concur, except O'BRIEN, J., who reads for reversal, and PECKHAM and MAYNARD, JJ., who concur with him.

Judgment affirmed.

---

SOPHIA BROWN, Individually and as Executrix, etc., Respondent, *v.* LAFAYETTE J. FINCH, Appellant.

(Argued May 23, 1892; decided June 7, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 31, 1892, which affirmed an order of Special Term appointing a referee herein.

*Louis V. Booraem* for appellant.

*Hoffman Miller* for respondent.

Agree to affirm; no opinion.

All concur.

Order affirmed.